IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| DATA ENGINE TECHNOLOGIES LLC § | |
| § | |
| Plaintiff, § | CASE NO. 6:13-cv-00860-RWS-JDL |
| § | |
| v. § | PATENT CASE |
| § | |
| INTERNATIONAL BUSINESS § | JURY TRIAL DEMANDED |
| MACHINES CORP. § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

In light of the Stipulation for Dismissal of Plaintiff Data Engine Technologies LLC ("Data Engine") and Defendant International Business Machines Corporation ("IBM"), and the Court's order of dismissal, the Court hereby enters FINAL JUDGMENT that all claims, counterclaims, or causes of action asserted in this suit by and between Data Engine and IBM are hereby dismissed with prejudice, with each party to bear its own costs, expenses and attorney's fees

**SIGNED this 20th day of June, 2016.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE